# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144870

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SEAN MICHAEL RYAN,
       Defendant-Appellant.

SC: 144870
COA: 301787
Saginaw CC: 10-034589

_____/

On order of the Court, the application for leave to appeal the February 14, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 4, 2012
_____

_____
Clerk

s0927